UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-5188-JFW (JPRx)**                                                   Date:  October 12, 2016

Title:   Byron Chapman *-v-* Tipsy Fox Market, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                          None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of August 17, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for October 24, 2016, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.